UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICK NYANTAKI, <br> #A207911760, <br><br> *Plaintiff,* <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> *Defendants.* | § § § § § § § § § § § § Civil Action No. 3:25-CV-3444-X-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 4). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, Plaintiff's Motion for Temporary Restraining Order is DENIED. (Doc. 3).

**IT IS SO ORDERED** this 8th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE