IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK NYANTAKYI, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:25-CV-3444-X-BK |
| | § | |
| THOMAS BERGAMI, WARDEN | § | |
| PRAIRIELAND DETENTION CENTER, | § | |
| | § | |
| *Respondent*. | § | |

### AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After the court entered its June 30, 2026, Order adopting the findings, conclusions, and recommendation (FCR) of the United States Magistrate Judge and its judgment dismissing the habeas corpus petition, the clerk of court docketed Petitioner's objections to the magistrate judge's FCR.   (Doc. [24]).   Applying the prison mailbox rule, the court deems the objections to be timely.

Following *de novo* review of the FCR and consideration of Petitioner's objections, the court overrules the objections and adheres to its June 30, 2026 Order adopting the FCR.   Therefore, the judgment remains undisturbed.

**SO ORDERED** this 8th day of July, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE